UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS BAUTISTA ORTIZ,

Petitioner,

-against-

KENNETH GENALO, in his official capacity as Acting New York City Immigration and Customs Enforcement Field Office Director; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

Case No. 1:26-cv-06705 (JLR)

**ORDER TO ANSWER**

JENNIFER L. ROCHON, United States District Judge:

Petitioner has, through counsel, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition, hereby ORDERS that:

(1) By **August 10, 2026**, Respondents shall file a letter with the following information:

a. whether Petitioner was, as the Petition alleges, *see* Dkt. 1 ¶ 9, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

b. Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

c. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

d. if the asserted basis for Petitioner's detention is 8 U.S.C. § 1231(a)(6), whether there is any basis to distinguish this case from *Zhu v. Genalo*, 798 F. Supp. 3d 400 (S.D.N.Y. 2025) or *Lim v. Arteta*, No. 26-cv-00461 (JLR), 2026 WL 192490 (S.D.N.Y. 2026). If not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal;

e. a copy of any final order of removal; and

f. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition by **August 12, 2026**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply by **August 18, 2026**.

This matter shall be heard by the Court on **August 20, 2026** at **11:00 a.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007. **Respondents shall produce Petitioner at the conference**.

Judge Rearden's order prohibiting Petitioner's removal from the United States pending a ruling on the Petition, Dkt. 3, shall remain in effect unless and until this Court orders otherwise. **Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District or the Eastern District of New York absent further order of this Court**.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

**CONCLUSION**

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

By **August 10, 2026**, Respondents shall file a letter with the Court with the information described in this order. Respondents shall file an answer to the Petition by **August 12, 2026**. Petitioner shall file any reply by **August 18, 2026**.

The matter shall be heard by the Court on **August 20, 2026** at **11:00 a.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007. **Respondents shall produce Petitioner at the conference**.

Dated: August 6, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge