UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS BAUTISTA ORTIZ,
Petitioner,

-against-

KENNETH GENALO, et al.,
Respondents.

Case No. 1:26-cv-06705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

In their opposition to Petitioner's Amended Petition, Respondents argue that ICE validly revoked Petitioner's order of supervision in a notice of revocation signed by "Assistant Field Office Director Darius Robinson." Dkt. 16 at 15; *see also* Dkt. 14 ¶ 16 ("The Notice was signed by Darius Robinson, an Assistant Field Office Director for New York City ICE Enforcement and Removal Operations."). In his reply, Petitioner notes that this notice of revocation was, in fact, signed by "Darius Robinson, who is identified as an 'Assistant Field *Operations* Director.'" Dkt. 18 at 3 (quoting Dkt. 11-4 at 2). By **September 29, 2026**, Respondents shall file a letter, no longer than three pages, responding to this discrepancy.

Dated: September 28, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge