UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS BAUTISTA ORTIZ,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

Case No. 1:26-cv-06705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This matter shall be heard by the Court on **October 2, 2026**, at **9:00 a.m.** The matter will be heard virtually, via Microsoft Teams. Counsel will receive log-in credentials at their email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 651 859 880#.

Dated: September 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge