UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS BAUTISTA ORTIZ,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

Case No. 1:26-cv-06705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on October 2, 2026, the petition for the writ of habeas corpus is DENIED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 2 and to CLOSE this case.

Dated: October 2, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge