**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

JEREMIAS BAUTISTA ORTIZ,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

------------------------------------------------------------X

26 **CIVIL** 06705 (JLR)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2 2026, the petition for the writ of habeas corpus is DENIED; accordingly, the case is closed.

**DATED:** New York, New York
October 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**