UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS BAUTISTA ORTIZ,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

Case No. 1:26-cv-06705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 2, 2026, the Court denied Petitioner's petition for the writ of habeas corpus. Dkt. 24. On October 16, 2026, Petitioner moved for reconsideration. Dkt. 28. Pursuant to Local Civil Rule 6.1, Respondents' opposing papers were due by October 30, 2026. The Court has not received such papers from Respondents. Respondents shall file their opposition papers forthwith and not later than November 6, 2026.

Dated: November 2, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge