**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 13, 2026

**By ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Bautista Ortiz v. Genalo, et al.*, No. 26 CV 6705 (JLR)

Dear Judge Rochon:

This Office represents the government in the above-referenced habeas corpus action. On consent, I write respectfully to request a one-week extension of the government's time to respond to petitioner's motion for reconsideration, Dkt. No. 29, from November 13 to November 20, 2026. The request is being made to provide sufficient time to assess the significance of certain developments that may bear on the reconsideration motion.

The reconsideration motion is based on alleged deficiencies in the process by which the U.S. Citizenship and Immigration Services assessed whether petitioner's claim of reasonable fear of removal to Mexico made him eligible for protection from removal to Mexico under INA § 241(b)(3) and the Convention Against Torture; and review of that decision by an immigration judge. Today, the undersigned was informed by ICE that petitioner cannot be removed to Mexico. For third-country removals to Mexico, Mexico conditions its acceptance of deportees from the United States on the deportee consenting to his or her removal to Mexico. Petitioner has not provided this consent.

Accordingly, the government requests the seven-day extension of time to assess how Petitioner's withholding of consent affects the basis of the reconsideration motion and whether the motion is now moot. This is the second request for an extension; the first request was granted by order dated November 9, Dkt. No. 35; and the Court previously *sua sponte* extended the government's deadline after the government missed the first deadline, Dkt. No. 32.

Request GRANTED. The Government shall respond on or before November 20, 2026.

Dated: November 16, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

I thank the Court for its consideration of this request, and I apologize that it is being made on the evening of the current deadline.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: s/ *Brandon Cowart*
BRANDON COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tele: (212) 637-2693

cc: Counsel of Record (by ECF)