UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS BAUTISTA ORTIZ,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

Case No. 1:26-cv-06705 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 2, 2026, the Court denied Petitioner's petition for the writ of habeas corpus. Dkt. 24. On October 16, 2026, Petitioner moved for reconsideration, arguing that "procedures used [after the date of the Court's decision] to initiate [Petitioner]'s removal to Mexico make clear there is no path for [Petitioner] to avail himself of any administrative process for challenging the fear screening or the government's decision to remove him to Mexico." Dkt. 28 at 9.

After several extension requests were granted, the Government filed its memorandum of law in opposition on November 20, 2026. Dkt. 38. The Government argues "there is no longer a live case or controversy under Article III because Bautista currently cannot be removed to Mexico." Dkt. 38 at 3. Specifically, the Government notes that "Mexico accepts Salvadoran deportees from the United States for third-country removal from the United States but requires that [they] sign the Notice of Removal and agree to be removed to Mexico. Here, [Petitioner] has refused to sign his Notice of Removal to Mexico and has not provided the required consent." Dkt. 38 at 3 (footnote omitted).

On or before November 30, 2026, Petitioner shall file a reply letter no longer than three pages responding to the Government's claim that the motion for reconsideration is moot.

Dated: November 24, 2026
New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge